UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

                    :

GINA CALLAHAN,

                    :

           Plaintiff,

                    :

        - against -

                    :

NEW YORK CITY TRANSIT AUTHORITY
ET AL.,

                    :

          Defendants.   :

- - - - - - - - - - - - - - - - - -x

**ORDER**

08 Civ. 11336 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-09

**CHIN, District Judge**

        The complaint and summons having been served on January 7, 2009 on defendant New York City Transit Authority ("NYCTA"); an acknowledgment of service by the NYCTA having been filed with the Court; and the time for responding having expired on January 26, 2009, it appears defendant NYCTA is in default.  NYCTA is hereby ordered to show cause in writing by June 5, 2009 why a default judgment should not be entered against it.

        A copy of this Order will be mailed to the legal department of the NYCTA.

        SO ORDERED.

Dated:    New York, New York
          May 15, 2009

                              DENNY CHIN
                              United States District Judge